

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2014

No. 04-14-00522-CV

**IN RE** Sam Edward **DRAPER** and Elsie Martin-Simon

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Catherine Stone, Chief Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

On July 25, 2014, relators filed a petition for writ of mandamus. The court has considered relators' petition and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 28th, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 12724B, styled *In the Matter of the Marriage of Julie A. Mogenis and Sam Edward Draper*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable Rex Emerson presiding.